UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ETHAN ENTERPRISES, INC., a Washington corporation; REBECCA S. JOHNSON, individually, and GREGORY S. TIFT, individually, <br><br> Defendants. | CASE NO. C06-657RSM <br><br> ORDER ON MOTION FOR RELIEF FROM PROTECTIVE ORDER |

This matter is now before the Court for consideration of plaintiffs' motion for relief from a protective order. Dkt. # 40. Plaintiffs seek relief from that portion of the Order on Motion to compel (Dkt. # 22) which prohibits "disclosure of confidential personal or financial information to any third party, apart from the Judgment Creditors' legal counsel and involved representatives of the Judgment Creditors themselves" so that they may respond to a subpoena duces tecum issued in Cause No. M08-069JPD. As defendants have not opposed the motion, the motion is GRANTED IN PART. Plaintiffs are relieved of the requirements of ¶1, p.3 of the Court's prior Order (Dkt. # 22) for the limited purpose of responding to the subpoena duces tecum. Disclosure shall be limited to counsel for the judgment creditors in Cause No. M08-069JPD and no other persons or agencies, absent further leave from the Court.

DATED this 2 day of March 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION - 1